WILLIAM A. VAN METER, ESQ.
State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89509                    Electronically Filed on:  December 21, 2010
(775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| In re:<br><br>MARY ANN DYER,<br><br><br><br>Debtor.<br>_____/ | ) Case No.:  BK-N 10-54723-GWZ<br>)<br>)  Chapter 13<br>)<br>)  **NOTICE OF HEARING RE: TRUSTEE'S**<br>)  **MOTION TO DISMISS**<br>)<br>)  Date:    February 4, 2011<br>)  Time:   2:00 pm<br>)  Time Required:  (1  Minute) |

Please take notice that a hearing will be held on February 4, 2011 at 2:00 pm in the United States Bankruptcy Court, 300 Booth Street, Bankruptcy Courtroom, Fifth Floor, Reno, Nevada 89509 with regard to the **TRUSTEE'S MOTION TO DISMISS.**

Any opposing memorandum must be written, state the grounds of objection, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c) and be filed with the Court and served on the Trustee, William A. Van Meter, P.O. Box 6630, Reno, Nevada  89513 on or before fourteen (14) days preceding the hearing date for the motion. Local Rule 9014(b)(1)(D) provides:

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing

Dated:  December 21, 2010

/S/ WILLIAM A. VAN METER
WILLIAM A. VAN METER, ESQ.

WILLIAM A. VAN METER
CHAPTER 13 TRUSTEE
P.O. Box 6630
Reno, NV 89509
(775) 324-2500