

# CENTRAL MORTGAGE COMPANY

January 28, 2011

UNITED STATES BANKRUPTCY COURT
MARY A. SCHOTT
300 BOOTH STREET
RENO, NV 89509

Re:   Mary & Earl Dyer
      USBC Case No. 10-54723
      CMC Loan No. xxxxxx 6854
      Property: 870 Calle Myriam Dr., Sparks, NV 89436

## NOTICE OF MORTGAGE PAYMENT CHANGE

Ladies and Gentlemen:

Please be advised that the first lien mortgage payment for the above-mentioned loan will change from $ 2,046.99  to $ 2,034.31  effective with the 03/01/11  payment due to an escrow analysis. The payment is broken down as $ 1,725.34  principal/interest* and $ 308.97 escrow. Please note the change for your records.

This is not an attempt to collect a debt. If you have any questions, please feel free to contact the undersigned.

\* The terms of your loan may result in changes to the monthly principal and interest payments during the year.

Very Truly Yours,
Central Mortgage Company



Angela Thompson
Bankruptcy Department
(800) 366-2132, ext. 5676
(501) 716-5009 - FAX
amthompson@arvest.com

CC:  MARY ANN DYER
     WILLIAM A. VAN METER

---

801 John Barrow, Suite 1 Little Rock, AR 72205 (501) 716-5600 (800) 366-2132 FAX (501) 716-5009

Central Mortgage Company
801 John Barrow, Suite 1
Little Rock, AR 72205
For Inquiries: (800) 366-2132

Final

Analysis Date:   January 13, 2011

**Important Notice**

MARY ANN DYER
870 CALLE MYRIAM
SPARKS NV 89436-0663

EARL V DYER

Loan: 9041396854
Property Address:
870 CALLE MYRIAM DRIVE
SPARKS, NV 89436

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Jan 2010 to Feb 2011. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

**Escrow Balance Calculation**

| | |
|---|---|
| Due Date: | Sep 01, 2009 |
| Escrow Balance: | ($4,878.95) |
| Anticipated Payments to Escrow: | $6,224.68 |
| Anticipated Payments from Escrow: | $727.74 |
| | $617.99 |

**Current Payment Information**

| | |
|---|---|
| Principal & Interest Payment: | $1,725.34 |
| Escrow Payment: | $321.65 |
| Other Funds Payment: | $0.00 |
| Assistance Payment (-): | $0.00 |
| Total Payment: | $2,046.99 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 965.94 | (1,321.01) |
| Jan 2010 | 334.51 | | | | * | 1,300.45 | (1,321.01) |
| Feb 2010 | 334.51 | | 706.54 | 727.74 | * TAXES | 928.42 | (2,048.75) |
| Mar 2010 | 334.51 | | | | * | 1,262.93 | (2,048.75) |
| Apr 2010 | 334.51 | | | | * | 1,597.44 | (2,048.75) |
| May 2010 | 334.51 | | | | * | 1,931.95 | (2,048.75) |
| Jun 2010 | 334.51 | | | | * | 2,266.46 | (2,048.75) |
| Jul 2010 | 334.51 | | 749.24 | 654.30 | * TAXES | 1,851.73 | (2,703.05) |
| Aug 2010 | 334.51 | | 1,124.00 | | * HAZARD INSURANCE | 1,062.24 | (2,703.05) |
| Sep 2010 | 334.51 | | 727.74 | 632.80 | * TAXES | 669.01 | (3,335.85) |
| Oct 2010 | 334.51 | | | | * | 1,003.52 | (3,335.85) |
| Oct 2010 | | | | 1,060.04 | * HAZARD INSURANCE | 1,003.52 | (4,395.89) |
| Nov 2010 | 334.51 | | | | * | 1,338.03 | (4,395.89) |
| Dec 2010 | 334.51 | | 706.54 | 632.80 | * TAXES | 966.00 | (5,028.69) |
| Jan 2011 | | 149.74 | | | * Escrow Only Payment | 966.00 | (4,878.95) |
| | | | | | Anticipated Transactions | 966.00 | (4,878.95) |
| Jan 2011 | | 5,871.96 | | | | | 993.01 |
| Feb 2011 | | 352.72 | | 727.74 | | | 617.99 |
| | $4,014.12 | $6,374.42 | $4,014.06 | $4,435.42 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling $4,014.06. Under Federal law, your lowest monthly balance should not have exceeded $669.01 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

\* This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | Description | Anticipated | Required |
| | | | Starting Balance | 617.99 | 617.99 |
| Mar 2011 | 308.97 | | | 926.96 | 926.96 |
| Apr 2011 | 308.97 | | | 1,235.93 | 1,235.93 |
| May 2011 | 308.97 | | | 1,544.90 | 1,544.90 |
| Jun 2011 | 308.97 | | | 1,853.87 | 1,853.87 |
| Jul 2011 | 308.97 | 654.30 | TAXES | 1,508.54 | 1,508.54 |
| Aug 2011 | 308.97 | | | 1,817.51 | 1,817.51 |
| Sep 2011 | 308.97 | 632.80 | TAXES | 1,493.68 | 1,493.68 |
| Oct 2011 | 308.97 | | | 1,802.65 | 1,802.65 |
| Nov 2011 | 308.97 | 1,060.04 | HAZARD INSURANCE | 1,051.58 | 1,051.58 |
| Dec 2011 | 308.97 | 632.80 | TAXES | 727.75 | 727.75 |
| Jan 2012 | 308.97 | | | 1,036.72 | 1,036.72 |
| Feb 2012 | 308.97 | 727.74 | TAXES | 617.95 | 617.95 |
| | $3,707.64 | $3,707.68 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $617.95. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $617.95 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $617.99. Your starting balance (escrow balance required) according to this analysis should be $617.99. Your Escrow account has neither a shortage or a surplus.

We anticipate the total of your coming year bills to be $3,707.68. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| Escrow Payment Calculation | | Total Payment | |
|---|---|---|---|
| Unadjusted Escrow Payment | 308.97 | Principal & Interest Payment: | $1,725.34 \* |
| Surplus Amount: | $0.00 | Escrow Payment: | $308.97 |
| Shortage Amount: | $0.00 | Other Funds Payment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 | Assistance Payment (-): | $0.00 |
| Escrow Payment: | $308.97 | Total Payment: | $2,034.31 |
| | | Payment Effective Date: | 3/1/2011 |

\*The terms of your loan may result in changes to the monthly principal and interest payments during the year.

9041396854

2